No. 84–640.   GAUNCE *v.* NATIONAL TRANSPORTATION SAFETY BOARD ET AL.   Appeal from C. A. 9th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.   ▇▇▇▇

No. 84–5506.   DINGLE *v.* SIMPKINS.   Appeal from Sup. Ct. S. C. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–366.   RAY BELL OIL CO., INC. *v.* NEW MEXICO.   Appeal from Ct. App. N. M. dismissed for want of jurisdiction.   ▇▇

No. 84–499.   SASSO *v.* RAM PROPERTY MANAGEMENT ET AL. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.   ▇▇▇▇▇▇▇▇

No. 84–5459.   J. E. W. *v.* ESTATE OF DOE.   Appeal from Dist. Ct. App. Fla., 1st Dist., dismissed for want of substantial federal question.   ▇▇▇▇▇▇▇

No. A–335.   LOCKWOOD ET AL. *v.* UNITED STATES.   C. A. 1st Cir.   Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. D–448.   IN RE DISBARMENT OF HOLLOWAY.   Disbarment entered.   [For earlier order herein, see 468 U. S. 1248.]

No. D–462.   IN RE DISBARMENT OF COLLIER.   It is ordered that James C. Collier, of Orlando, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.